UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THEODORE BOHN,

                              Plaintiff,                    24 Civ. 9283 (PAE) (GS)

                    -v-

CITY OF NEW YORK *et al.*,                                  ORDER

                              Defendants.

PAUL A. ENGELMAYER, District Judge:

On May 5, 2025, defendants filed a motion to dismiss the complaint under Federal Rule of Civil Procedure 12. Dkt. 22. On May 6, 2025, the Court directed plaintiff to file any amended complaint by May 26, 2025, and defendants to respond three weeks after such filing. Dkt. 25. On August 8, 2025, following three extensions, Dkts. 27, 29, 31, plaintiff filed an amended complaint, Dkt. 32.

For avoidance of doubt, it is hereby ORDERED that, by August 29, 2025, defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiff, stating that they rely on the previously filed motion to dismiss.[1]

At the time any reply is served, the moving party shall supply the Court with two (2) courtesy copies of all motion papers by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007.

---

[1] If defendants file a new motion to dismiss or rely on their previous motion, plaintiff's opposition will be due 14 days thereafter, and defendants' reply, if any, will be due seven days after that.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: August 15, 2025
       New York, New York