THEODORE BOHN, MSW
Attorney at Law
90 Montgomery Street
Bloomfield, NJ 07003
212-787-0319
Ted1091@gmail.com

September 17, 2025

Hon. Paul A. Engelmayer, USDJ
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Bohn v. City of New York
Docket No.: 24 cv 9283

Dear Judge Engelmayer,

I regret the need to request an extension of time in which to respond to defendant's motion until September 22nd. The reason for this request is that the moving papers fixed the due date for Plaintiff's opposing papers as September 26th, while a footnote in Your Honor's Order of August 15, 2025 [ECF 33] fixed the date as fourteen days after filing of the motion. I only read the text version on the docket entry, which did not include the footnote.

Simply to confirm that the Court was operating on the same schedule as that contained in the moving papers, I left a message on Chambers' voicemail on September 11th. Your Honor's clerk responded on September 16th and suggested that I upload a letter in light of the conflicting deadlines.

In a conversation this morning. Opposing counsel consented to this request, on condition that I consent to a deadline for defendant's Reply papers of October 6th. I consent to that request as well.

Thank you.

Very truly yours,

/s

Theodore Bohn, MSW

Cc: Shreya Krisnamurthy, Esq.
Corporation Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------- x

THEODORE BOHN,

Plaintiff,

-against-

THE CITY OF NEW YORK, JOHN DOE 1-50, JANE DOE 1-10, A, B, AND C,

Defendants.

----------------------------------------------------------------------- x

**NOTICE OF MOTION**

24 Civ. 9283 (PAE) (GS)

**PLEASE TAKE NOTICE** that upon the Memorandum of Law in Support of Defendant's Motion to Dismiss, dated August 29, 2025, and all pleadings and proceedings previously had herein, defendant the City of New York will move before the Honorable Paul A. Engelmayer, on a date and time to be determined by the Court, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York, 10007 to dismiss the Amended Complaint pursuant to Rules 8(a) and 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just, proper, and equitable.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Honorable Paul A. Engelmayer's Individual Rules and Practices, plaintiff's opposition papers, if any, should be served and filed on or before September 26, 2025, and the defendant's reply papers, if any, shall be served and filed on or before October 10, 2025.

Dated: New York, New York
August 29, 2025

MURIEL GOODE-TRUFANT
Corporation Counsel of the City of New York
*Attorney for Defendant City of New York*
100 Church Street, Room 3-309
New York, New York 10007
(212) 356-2671

By: /s/ *Shreya Krishnamurthy*
Shreya Krishnamurthy
*Assistant Corporation Counsel*
Special Federal Litigation Division

TO: **BY ECF, FIRST-CLASS MAIL & E-MAIL**
Theodore Bohn
*Plaintiff pro se*
90 Montgomery Street[1]
Bloomfield, NJ 07003
E-mail: ted1091@gmail.com

[1] Although this is not the mailing address listed on the docket for plaintiff, on February 24, 2025, plaintiff indicated to the undersigned that this is plaintiff's proper mailing address.