UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THEODORE BOHN,

Plaintiff,

-v-

CITY OF NEW YORK *et al.*,

Defendants.

24 Civ. 9283 (PAE) (GS)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court hereby sets a briefing schedule for plaintiff's disqualification motion, filed yesterday at docket 65:

- By July 30, 2026, defendants shall file their opposition.
- By August 6, 2026, plaintiff shall file any reply.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: July 17, 2026
New York, New York